UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **WILFREDO VALEZ** | AFFIDAVIT OF SERVICE<br>CASE # 08-CV-3875<br>Plaintiff |
| Vs |  |
| **THE CITY OF NEW YORK, VIVIAN POCORARO,<br>FRANCESCO TURDO AND P.O. GIANPAOL** | Defendants |

County of KINGS, State of New York I, **Mahitima Baa** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On 5/13/08 3:12 PM at **100 CHURCH STREET 4TH FLR. NEW YORK NEW YORK 10003** Deponent served the within **SUMMONS AND COMPLAINT** on **THE CITY OF NEW YORK** by delivering a true copy to **AMANDA GONZALES** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described and knew said individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **FEMALE**
Skin **BLACK**
Color of Hair **BLACK**
Approx. Age **22-25**
Approx. Height **5'4"- 5'5"**
Approx. Wt **145-150 LBS**

Other identifying Features **NONE**

**MAHITIMA BAA**

Sworn to be fore me on this
14TH day of MAY 2008

NOTARY PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09