UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
CASE # 08-CV-3875
Plaintiff

**WILFREDO VALEZ**

Vs

**THE CITY OF NEW YORK, VIVIAN POCORARO, FRANCESCO TURDO AND P.O. GIANPAOL**

Defendants

County of KINGS, State of New York I, **Mahitima Baa** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **5/13/08 1:12 PM** at **2139 WILLIAMSBRIGDE RD BRONX NEW YORK 10461** Deponent served the within **SUMMONS AND COMPLAINT** on **FRANCESCO TURDO** by delivering a true copy to **VIVIAN POCORARO** a person of suitable and discretion

Said premises are recipient's actual place of work within the state. I asked the person spoken to whether the defendant actually works at these premises and received an affirmative response.

Deponent mailed a copy thereafter within 1 day thereafter on **5/13/2008** by certified mail, and an additional second copy by regular first class mail to the recipient's last known place of residence in an official depository under the exclusive care and custody of the U.S. Postal Services within New York State.

The envelope bore the legend "Personal and confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney of concerned action against the recipient

A description of the person served is as follows:

Sex **FEMALE**
Race: **WHITE**
Color of Hair **BLONDE**
Approx. Age **42-50**
Approx. Height **5'7"- 5'8"**
Approx. Wt **145-150 LBS**

Other identifying Features **NONE**

**MAHITIMA BAA**

Sworn to before me on this
13 TH day of MAY 2008

NOTARY PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09