UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **WILFREDO VALEZ** | AFFIDAVIT OF SERVICE<br>CASE # 08-CV-3875<br>Plaintiff |
| Vs |  |
| **THE CITY OF NEW YORK, VIVIAN POCORARO,<br>FRANCESCO TURDO AND P.O. GIANPAOL** | Defendants |

County of KINGS, State of New York I, **Mahitima Baa** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **5/13/08 1:12 PM** at **2139 WILLIAMSBRIGDE RD BRONX NEW YORK 10461** Deponent served the within **SUMMONS AND COMPLAINT** on **VIVIAN POCORARO** by delivering a true copy to by delivering a true copy of each to her personally.

I asked the person served if she was the person named in the document and recipient admitted being the person so named

A description of the person served is as follows:

Sex **FEMALE**
Race: **WHITE**
Color of Hair **BLONDE**
Approx. Age **42-50**
Approx. Height **5'7"- 5'8"**
Approx. Wt **145-150 LBS**

Other identifying Features **NONE**

**MAHITIMA BAA**

Sworn to be fore me on this
14TH day of MAY 2008

NOTARY   PUBLIC
PAUL SIMINOVSKY
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09