UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X

WILFREDO VALEZ,

              Plaintiff,

-v-

THE CITY OF NEW YORK; P.O. GIANPAOL DILISIO, Shield #20918; FRANCESCO TURDO; VIVIAN PECORARO; "JANE DOE" and JOHN DOE" 1-10 Inclusive;

              Defendants.

------------------------------------------------------------------ -X

08 CIV. 3875 (DLC) (DF)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
           August 8, 2007

_____
DENISE COTE
United States District Judge