```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
WILFREDO VALEZ,                            :
                    Plaintiff,             :    08 CIV. 3875 (DLC)
                                           :
        -v-                                :    PRETRIAL
                                           :    SCHEDULING ORDER
THE CITY OF NEW YORK; P.O. GIANPAOL        :
DILISIO, Shield #20918; FRANCESCO          :
TURDO; VIVIAN PECORARO; "JANE DOE" and     :
JOHN DOE" 1-10 Inclusive;                  :
                                           :
                    Defendants.            :
-------------------------------------------X
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/11/08]

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on August 8, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **August 15, 2008**.

2. No additional parties may be joined or pleadings amended after **September 5, 2008**.

3. The parties are instructed to contact the chambers of Magistrate Judge Freeman prior to **November 21, 2008** in order to pursue settlement discussions under her supervision.

4. All fact discovery must be completed by **January 16, 2009**.

5. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **February 6, 2009**
   - Opposition served by **February 27, 2009**
   - Reply served by **March 6, 2009**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

6.  In the event no motion is filed, the Joint Pretrial Order must be filed by **February 6, 2009**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         August 11, 2008

                                   _____
                                           DENISE COTE
                                   United States District Judge