UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Wilfredo Valez
                Plaintiff(s),        ORDER TO SHOW CAUSE
             v.                       08 CV 3875 DLC
The City of New York,
P.O. Gianpaol Dilisio Shield # 20918
Francesco Turdo; Vivian Pecoraro
"Jane Doe" And "John Doe" 1-10 Inclusive;
                Defendant(s)
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 9/4/08

        Upon the affirmation of Nkereuwem Umoh, an attorney admitted to practice before this court, dated August 22, 2008, the exhibits annexed hereto and upon all pleadings and proceedings heretofore had herein, let the defendants Vivian Pecoraro and Francesco Turdo show cause before the Honorable Judge Denise Cote of the United States District Court Southern District of New York located at Room _11B_ 500 Pearl Street New York, NY 10007, ~~on August~~ September _19_, 2008 at _noon a.m._, or as soon as counsel can be heard, why an order should not be made pursuant to Local Rule 55.2 of the Southern District of New York, granting a default judgment against Turdo and Pecoraro, awarding damages to Plaintiff and for such other relief as the court deems just and proper.

        **Defendants are advised that failure to respond to this order to show cause will be grounds for a default judgment being entered against them in which case there will be no trial.**

        SUFFICIENT reason appearing therefore, let service of a copy of this order together with a copy of the papers upon which it is based, by certificate of mailing upon Turdo and Pecoraro at 2139 Williamsbridge Road, Bronx, NY 10461 be deemed

✓ sufficient service. Plaintiff shall file proof of service of this order by
✓ _Sept. 10, 2008_.
✓ No prior application has been made for the relief requested herein.

DTD: NYC, NY
✓ Sept. 3, 2008

ENTER

_____
 /s/ USDJ